IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – DAYTON

| | |
|---|---|
| DAVID NOREIKAS, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> GLOBAL CREDIT & COLLECTION ) </br> CORPORATION ) </br> ) </br> Defendant. ) </br> _____ ) | Civil Action No. 3:12-cv-317 |

| | |
|---|---|
| WEISBERG & MEYERS, LLC </br> Ronald S. Weiss (0076096) </br> 7035 Orchard Lake Road, Suite 600 </br> West Bloomfield, MI 48322 </br> RWeiss@AttorneysForConsumers.com </br> (888) 595-9111 ext. 230 </br> (248) 737-8003 Fax </br> *Lead Counsel for Plaintiff* | **Correspondence address** </br> Weisberg & Meyers, LLC </br> 5025 N. Central Ave., #602 </br> Phoenix, AZ 85012 |

_____

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Ohio, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow ninety (90) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

By: s/Ronald S. Weiss
Ronald S. Weiss (0076096)
**WEISBERG & MEYERS, LLC**

Filed electronically on this 10th day of January, 2013, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 10th day of January, 2013 to:

David Peltan, Esq.
Peltan Law, PLLC
128 Church Street
East Aurora, NY 14052
davidpeltan@peltanlaw.com

By: s/Ronald S. Weiss
    Ronald S. Weiss