IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – DAYTON

| | | |
|---|---|---|
| DAVID NOREIKAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 3:12-cv-317 |
| v. | ) | |
| | ) | Judge MICHAEL J. NEWMAN |
| GLOBAL CREDIT & COLLECTION CORPORATION | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Ronald S. Weiss (0076096)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
RWeiss@AttorneysForConsumers.com
(888) 595-9111 ext. 230
(248) 737-8003 Fax
*Lead Counsel for Plaintiff*

**Correspondence address**
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

_____

**NOTICE OF DISMISSAL WITH PREJUDICE**
_____

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, notice is hereby given that Plaintiff has filed with the Clerk of the United States District Court of the Southern District of Ohio Southern Division, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted,

March 19, 2013

/s/ Ronald S. Weiss
Ronald S. Weiss

                7035 Orchard Lake Road, Suite 600
                West Bloomfield, MI 48322
                RWeiss@AttorneysForConsumers.com
                *Co-Counsel with Weisberg & Meyers LLC*


## CERTIFICATE OF SERVICE

      I certify that on March 19, 2013, I electronically filed the foregoing document with the clerk of the U.S. District Court of Ohio, using the electronic case filing system of the court.


By: s/Ronald S. Weiss
      Ronald S. Weiss